**United States Bankruptcy Court**
**for the District of Columbia**

**FILED**

AUG 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:                              Case Number: 05-00184

    Diane Howell-Robinson

                Debtor(s)

    Diane Howell-Robinson

                Plaintiff(s)         Adversary Proceeding Number:

    Marc E. Albert, Trustee

CASE NUMBER 1:05CV01660

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 08/19/2005

                Defendant(s)

**TO:** Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 39 | Order Being Appealed: Order on Objection to Debtor's Claim of Exemptions | Judge S. Martin Teel, Jr |
| 41 | Notice of Appeal | Diane Howell-Robinson |
| 45 | Appellee Designation of Record | Darrell Clark |
| 46 | Appellant Designation of Record | Diane Howell-Robinson |

**Other comments:**

    A certified copy of the docket accompanies this transmission. The actual copies of the designations were transferred to District Court but not scanned or loaded into the Bankruptcy CM/ECF system.

The parties to the order appealed and their respective attorneys are as follows:

| Appellant/Plaintiff | Attorney |
|---|---|
| Diane Howell-Robinson | Jay L. Jensen<br>4946 Bel Pre Road<br>Rockville MD 20853<br>(301) 871-5078 |
| **Appellee/Defendant** | **Attorney** |
| Marc E. Albert, Trustee | Darrell W. Clark<br>Stinson Morrison Hecker LLP<br>1150 18th Street, NW, Ste 800<br>Washington DC 20036-3816<br>(202) 785-9100 |

Denise H. Curtis, Clerk

Lisa M. Spayd
Deputy Clerk

Dated: August 17, 2005

---

Please return a copy of this transmittal with the following information:

District Court Case Number:
    Judge Assigned:
    Date Stamp:

[*Affix Label Here*]

APPEAL

# U.S. Bankruptcy Court
# United States Bankruptcy Court for the District of Columbia
# (Washington, D.C.)
# Bankruptcy Petition #: 05-00184
### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 7
Voluntary
Asset

*Date Filed:* 02/14/2005
*Date Discharged:* 06/09/2005

**Diane Howell-Robinson**
1540 25th Street, SE
Washington, DC 20020
SSN: 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
*Debtor*
*fka*
**Diane Howell-Derricott**
*aka*
**Diane Robinson**
*fka*
**Diane Derricott**

represented by **Jay L. Jensen**
4946 Bel Pre Road
Rockville, MD 20853
301-871-5078
Email: j.l.jensen.law@comcast.net

**Marc E. Albert**
Stinson, Morrison, & Hecker, LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816
202-785-9100
*Trustee*

represented by **Darrell W. Clark**
Stinson, Morris & Hecker, LLP
1150 18th St., NW
Suite 800
Washington, DC 20036-3816
202-785-9100
Fax : 202-785-9163
Email: dclark@stinsonmoheck.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/14/2005 | 1 | Chapter 7 Voluntary Petition . Fee Amount $209 Filed by Diane Howell-Robinson Government Proof of Claim due by 8/15/2005. (tg) (Entered: 02/14/2005) |
| 02/14/2005 |  | First Meeting of Creditors with 341(a) meeting to be held on 03/23/2005 at 09:00 AM at U.S. Trustee's Meeting Room. Objections for Discharge due by 05/23/2005. (tg) (Entered: 02/14/2005) |
| 02/14/2005 | 2 | Receipt of Chapter 7 Filing Fee - $209.00 by TG. Receipt Number 00064715. Payment received from JAY L. JENSEN, ESQ.. (Entered: 02/14/2005) |
| 02/14/2005 |  | Form B 21 - Statement of Social Security Number (pm) (Entered: 02/16/2005) |
| 02/14/2005 | 3 | Schedules A-J Filed by Diane Howell-Robinson . (pm) (Entered: 02/16/2005) |
| 02/14/2005 | 4 | Statement of Financial Affairs Filed by Diane Howell-Robinson . (pm) (Entered: 02/16/2005) |
| 02/14/2005 | 5 | Statement of Intent Filed by Diane Howell-Robinson . (pm) (Entered: 02/16/2005) |
| 02/14/2005 | 6 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 2000.00 Filed by Jay L. Jensen Filed by on behalf of Diane Howell-Robinson . (pm) (Entered: 02/16/2005) |
| 02/14/2005 | 7 | Debtor's Mailing Matrix and Verification Filed by Diane Howell-Robinson . (pm) (Entered: 02/16/2005) |

| | | |
|---|---|---|
| 02/16/2005 | 8 | First Meeting of Creditors Notice Generated and Sent to BNC (pm) (Entered: 02/16/2005) |
| 02/18/2005 | 9 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:8 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 47. Service Date 02/18/2005. (Admin.) (Entered: 02/19/2005) |
| 02/23/2005 | 10 | Notice to Consumer Debtor Filed by Diane Howell-Robinson . (pm) (Entered: 02/28/2005) |
| 03/03/2005 | 11 | Notice of Appearance and Request to Add Party to Mailing Matrix Filed by Mazda American Credit . (pm) (Entered: 03/08/2005) |
| 03/23/2005 | 12 | Receipt of Amendment Filing Fee - $26.00 by DC. Receipt Number 00064962. Payment received from JAY JENSEN. (Entered: 03/23/2005) |
| 03/23/2005 | 13 | Amended Schedule F adding Creditors. Fee Amount $26 Receipt No. 64962 Filed by Diane Howell-Robinson . (pm) (Entered: 03/25/2005) |
| 03/23/2005 | 14 | Amended Matrix adding Creditors. Fee Amount $26 Filed by Diane Howell-Robinson . (pm) (Entered: 03/25/2005) |
| 03/23/2005 | 15 | Certificate of Compliance (LBR 1009-1(c)) Filed by Diane Howell-Robinson . (Re: Related Document(s) #:14 Amended Matrix and Schedules, 13 Amended Matrix and Schedules.) (pm) (Entered: 03/25/2005) |
| 04/01/2005 | 16 | Application to Employ Stinson Morrison Hecker LLP as Counsel for the Trustee Filed by Marc E. Albert (Attachments: # 1 Verified Statement of Attorneys# 2 Proposed Order) (Clark, Darrell) |

| | | |
|---|---|---|
| | | (Entered: 04/01/2005) |
| 04/11/2005 | 17 | Objection to Debtor's Claim of Exemptions Filed by Marc E. Albert (Attachments: # 1 Proposed Order) (Clark, Darrell) (Entered: 04/11/2005) |
| 04/11/2005 | 18 | Notice of Opportunity to Object Filed by Marc E. Albert. (Re: Related Document(s) #:17 Objection to Debtor's Claim of Exemptions.) Objections due by 4/26/2005 for 17,. (Clark, Darrell) (Entered: 04/11/2005) |
| 04/11/2005 | 19 | Notice of Assets Filed by Marc E. Albert. (xAlbert2, Marc) (Entered: 04/11/2005) |
| 04/13/2005 | 20 | Application to Employ Jeffrey Kohne as Accountant for Estate Filed by Marc E. Albert (Attachments: # 1 Verified Statement# 2 Proposed Order) (Becker, Katherine) (Entered: 04/13/2005) |
| 04/18/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE EVENT USED IS INCORRECT. PLEASE REFILE THE PLEADING USING THE PROPER EVENT. (Re: Related Document(s) #:19 Notice) YOU HAVE UNTIL 4/21/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 04/18/2005) |
| 04/19/2005 | 21 | Request to Withdraw Document Filed by Marc E. Albert. (Re: Related Document(s) #:19 Notice.) (xAlbert2, Marc) (Entered: 04/19/2005) |
| 04/19/2005 | | Trustee Request for Asset Notice. The Clerk will please send a notice to all creditors and parties in |

| | | |
|---|---|---|
| | | interest stating that there may be assets available for distribution and requiring that Proofs of Claim be filed in this case. Filed by Marc E. Albert (xAlbert2, Marc) (Entered: 04/19/2005) |
| 04/20/2005 | 22 | Notice of Possible Dividends (Re: Related Document(s) #: Notice of Possible Dividend - Asset Designation, ) (tg) (Entered: 04/20/2005) |
| 04/20/2005 | | Deadlines Terminated. Trustee complied with a deficiency notice regarding notice of possible dividends. (tg) (Entered: 05/04/2005) |
| 04/22/2005 | 23 | BNC Certificate of Mailing - Notice. (Re: Related Document(s) #:22 Notice of Possible Dividends) No. of Notices: 52. Service Date 04/22/2005. (Admin.) (Entered: 04/23/2005) |
| 04/25/2005 | 25 | Opposition and Request for Hearing Filed by Diane Howell-Robinson (Re: Related Document(s) #:17 Objection to Debtor's Claim of Exemptions.) (pm) (Entered: 04/29/2005) |
| 04/27/2005 | 24 | BNC Certificate of Service - Notice of Possible Dividends. (Re: Related Document(s) #:22 Notice of Possible Dividends) Proofs of Claim due by 7/19/2005. (tg) (Entered: 04/27/2005) |
| 05/02/2005 | 26 | Hearing Scheduled (Re: Related Document(s) #:17 Objection to Debtor's Claim of Exemptions Filed by Marc Albert) Hearing scheduled for 5/25/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 05/02/2005) |
| 05/02/2005 | 27 | BNC Certificate of Service - Notice of Possible Dividends. (Re: Related Document(s) #:22 Notice of Possible Dividends) Proofs of Claim due by |

| | | |
|---|---|---|
| | | 7/19/2005. (tg) (Entered: 05/02/2005) |
| 05/04/2005 | 28 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:26 Hearing Scheduled) No. of Notices: 3. Service Date 05/04/2005. (Admin.) (Entered: 05/05/2005) |
| 05/10/2005 | 29 | Motion to Continue Hearing Filed by Diane Howell-Robinson (Re: Related Document #:17 Objection to Debtor's Claim of Exemptions)(Attachments: #(1) Proposed Order) (ls) (Entered: 05/11/2005) |
| 05/13/2005 | 30 | Order Granting Motion To Continue Hearing (Related Documents #: 29 and 17); Objection to Debtor's Claim of Exemptions) Hearing scheduled for 6/14/2005 at 10:30 AM Courtroom 24; Entered on 5/13/05. (ls) (Entered: 05/13/2005) |
| 05/15/2005 | 31 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:30 Order on Motion to Continue Hearing) No. of Notices: 2. Service Date 05/15/2005. (Admin.) (Entered: 05/16/2005) |
| 05/17/2005 | 32 | Order Granting Application to Employ Counsel for the Trustee (Related Document #: 16) Entered on 5/17/2005. (tg) (Entered: 05/17/2005) |
| 05/17/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER ATTACHED TO THIS MOTION BELONGS TO ANOTHER CASE. (Re: Related Document(s) #:20 Application to Employ) YOU HAVE UNTIL 5/20/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE |

| | | |
|---|---|---|
| | | STRICKEN. (tg) (Entered: 05/17/2005) |
| 05/19/2005 | 33 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:32 Order on Application to Employ) No. of Notices: 1. Service Date 05/19/2005. (Admin.) (Entered: 05/20/2005) |
| 05/20/2005 | | Deadlines Terminated. The movant filed a proposed order with the correct case number in compliance with a deficiency notice. (tg) (Entered: 05/20/2005) |
| 05/23/2005 | 34 | Order Granting Application to Employ Jeffrey A. Kohne, CPA and the firm of Kositzka, Wicks and Company as Accountants for the Estate. (Related Document #: 20) Entered on 5/23/2005. (tg) (Entered: 05/23/2005) |
| 05/23/2005 | | Jeffrey A. Kohne added to case as accountant for the Estate. (tg) (Entered: 05/23/2005) |
| 05/25/2005 | 35 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:34 Order on Application to Employ) No. of Notices: 2. Service Date 05/25/2005. (Admin.) (Entered: 05/26/2005) |
| 06/09/2005 | 36 | Order Discharging Debtor (Related Document(s) #: First Meeting of Creditors (Chapter 7).) Order entered on 6/9/2005. (ls) (Entered: 06/09/2005) |
| 06/11/2005 | 37 | BNC Certificate of Mailing - Order of Discharge. (Re: Related Document(s) #:36 Order Discharging Debtor) No. of Notices: 52. Service Date 06/11/2005. (Admin.) (Entered: 06/12/2005) |
| 06/14/2005 | 38 | Hearing Held (Re: Related Document(s) #:17 Objection to Debtor's Claim of Exemptions) (sm) (Entered: 06/15/2005) |

| | | |
|---|---|---|
| 06/30/2005 | ●39 | Order Sustaining Trustee's Objection to Debtor's Claim of Exemptions (Related Document #: 17) Entered on 6/30/2005. (tg) (Entered: 06/30/2005) |
| 07/02/2005 | ●40 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:39 Order on Objection to Debtor's Claim of Exemptions) No. of Notices: 1. Service Date 07/02/2005. (Admin.) (Entered: 07/03/2005) |
| 07/08/2005 | ●41 | Notice of Appeal; Fee Amount $255; Filed by Diane Howell-Robinson (Re: Related Document #:39 Order on Objection to Debtor's Claim of Exemptions); Appellant Designation due by 7/18/2005. (ls) (Entered: 07/13/2005) |
| 07/08/2005 | ●42 | Motion for Leave to File Paper Documents Filed by Diane Howell-Robinson (Re: Related Document(s) #:41 Notice of Appeal) (Attachments: #(1) Proposed Order) (ls) (Entered: 07/13/2005) |
| 07/14/2005 | ●43 | Order Granting Motion for Leave (Related Document #: 42) Entered on 7/14/2005. (tg) (Entered: 07/14/2005) |
| 07/17/2005 | ●44 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Diane Howell-Robinson (Re: Related Document(s) #:41 Notice of Appeal.) Appellee designation due by 7/27/2005 for 41,. Transmission of Designation Due by 8/16/2005 for 41,. (Jensen, Jay) (Entered: 07/17/2005) |
| 07/27/2005 | ●45 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Marc E. Albert (Re: Related Document(s) #:41 Notice of Appeal.) (Clark, Darrell) (Entered: 07/27/2005) |

| 08/16/2005 | ●46 | Amended Appellant Designation (to include Docket Entry Numbers) Filed by Diane Howell-Robinson (Re: Related Document #:44 Appellant Designation) (ls) (Entered: 08/17/2005) |
|---|---|---|
| 08/17/2005 | ●47 | Transmittal of Record on Appeal to U.S. District Court (Re: Related Document#:41 Notice of Appeal) (ls) (Entered: 08/17/2005) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: [signature]

It is hereby
ORDERED that the Order set forth below is hereby signed as an order of the court to be entered by the clerk.

Signed: June 29, 2005.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              )
                                    )
DIANE HOWELL-ROBINSON,              )     Case No. 05-0184
                                    )     (Chapter 7)
        Debtor.                     )
_____)

### ORDER SUSTAINING TRUSTEE'S OBJECTION
### TO DEBTOR'S EXEMPTION

This case came before the Court on the Trustee's Objection to Exemptions and the Debtor's Opposition filed thereto. The Court conducted a hearing on June 14, 2005 at which time it considered the evidence and legal arguments of counsel.

The Trustee's objections relate to two items of personal property: (1) the Debtor's income tax refunds, and (ii) the Debtor's interest in personal injury settlement proceeds in the amount of $58,000.00.

At the June 14, 2005 hearing, the Trustee and the Debtor announced that the income tax refund issue has been resolved and the parties agree that the Debtor shall turn over to

39

the Trustee her federal and District of Columbia tax refunds, in the approximate amount of $726.92.

As for the personal injury settlement proceeds, the evidence and arguments presented show that the Debtor has ongoing medical issues, including further necessary surgery, that relate to a pre-bankruptcy car accident; that the Debtor's Schedule F lists medical bills in excess of $118,000 relating to the same car accident; and that the Debtor has elected the District of Columbia exemptions. The Court notes that if the Debtor had elected the federal exemptions, her interest in the personal injury settlement proceeds would be capped at $18,450.00 and her interest in her residence would also be capped at a sum certain. By electing the D.C. exemptions, the Debtor has protected her residence as exempt under the District of Columbia's "unlimited" homestead exemption and the only issue is the applicability of D.C. Code Ann. 15-501(a)(iii)(D).

The Court has previously addressed this same issue in *In re Lewis*, 305 BR. 610 (Bankr. D.D.C. 2004). In that decision, this Court determined that this particular subsection, 15-501(a)(11)(D), creates "no cognizable exemption." Id. For reasons more fully stated in *In re Lewis*, the Court finds that § 15-501(a)(11)(D) does not create any exemption.

The Trustee's objection is sustained and the Debtor and her personal injury counsel, Patrick J. Christmas, Esq., are directed to turn over the personal injury settlement proceeds to the Trustee for deposit into the Trustee's estate account for this Debtor's estate. However, upon the filing of a timely appeal and the continuation of that appeal, the Parties agree that the Trustee will first seek and obtain court approval before use of the personal injury settlement proceeds.

Wherefore, it is

**ORDERED** that the Trustee's Objection to the Debtor's Exemption is **SUSTAINED** consistent with this Order; and it is

**FURTHER ORDERED** that the Debtor shall turn over her tax refunds to the Trustee; and it is

**FURTHER ORDERED** that the Debtor and Patrick J. Christmas, Esq. shall turn over to the Trustee the personal injury settlement proceeds to the Trustee for deposit consistent with this Order; and it is

**FURTHER ORDERED** that the disposition of the personal injury settlement proceeds shall remain subject to the further order of this Court.


SEEN:

/s/ Darrell W. Clark
Darrell W. Clark
Stinson Morrison Hecker LLP
1150 18th Street, NW., Suite 800
Washington, D.C. 20036-3816


/s/ Jay L. Jensen
Jay L. Jensen
4946 Bel Pre Road
Rockville, MD 20853


Copies to:

Darrell W. Clark, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

Jay L. Jensen, Esq.
4946 Bel Pre Road
Rockville, MD 20853

Office of the United States Trustee
115 So. Union Street
Suite 210
Alexandria, VA 22314

Patrick J. Christmas, Esq.
8401 Colesville Road
Suite 501
Silver Spring, MD 20910

773380:0082\6639416.1