UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
DIANE HOWELL-ROBINSON,        )
                              )
     Debtor/Appellant,        )
                              )
     v.                       )     Civil Action No. 05-1660 (RWR)
                              )
MARC E. ALBERT,               )
                              )
     Trustee/Appellee.        )
_____)
```

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the order of the United States Bankruptcy Court for the District of Columbia sustaining the trustee's objection to the debtor's exemption be, and hereby is, AFFIRMED.

This is a final, appealable order.

SIGNED this 20th day of March, 2008.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge