IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>DIANE HOWELL-ROBINSON<br><br>        Debtor<br><br>MARC E. ALBERT, Chapter 7 Trustee<br>        Appellee<br><br>v.<br><br>DIANE HOWELL-ROBINSON<br>        Appellant | District Court Civil Case No.<br>    05-1660<br>Bankruptcy Case No.: 05-00184<br>    (Chapter 7) |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

      Diane Howell-Robinson, the Appellant/Debtor, appeals to the United States Court of Appeals for the District of Columbia Circuit from the final, appealable order of the District Court for the District of Columbia, entered in this case on March 20, 2008 affirming the order of the of the United States Bankruptcy Court for the District of Columbia sustaining the trustee's objection to the debtor's exemption.

      The parties to the order appealed from and the names and addresses of their respective attorneys are as follow:

| | |
|---|---|
| Diane Howell Robinson, Debtor<br>Jay L. Jensen, Esquire<br>4946 Bel Pre Road<br>Rockville, MD 20853<br>301-871-5078 | Marc E. Albert, Chapter 7 Trustee<br>Darrell W. Clark, Esquire<br>Stinson Morrison Hecker LLP<br>1150 18th Street, N.W., Suite 800<br>Washington, DC 20036-3816<br>202-785-9100 |

1

Dated: April 3, 2008

Respectfully submitted,

/s/ Jay L. Jensen
_____

Jay L. Jensen, FB #419697
Attorney for Appellant
4946 Bel Pre Road
Rockville, MD 20853
(301) 871-5078
Counsel for the Appellant/Debtor

## CERTIFICATE OF SERVICE

    I hereby certify that copies of the foregoing Notice of Appeal were mailed, postage prepaid, first class, this 3rd day of April 2008, to:

Darrell W. Clark, Esq.
Stinson Morrison Heckler, LLP
1150 18th Street, N.W.
Suite 800
Washington DC 20036-3816

Office of the U.S. Trustee
Suite 210
115 South Union Street
Alexandria VA 22314

                                                   /s/ Jay L. Jensen
                                              _____
                                                     Jay L. Jensen