**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: } | |
| } | |
| DIANE HOWELL-ROBINSON } | District Court Civil Case No. |
| } | 05-1660 |
| } | Bankruptcy Case No.: 05-00184 |
| Debtor } | (Chapter 7) |
| } | |
| MARC E. ALBERT, Chapter 7 Trustee } | |
| Appellee } | |
| } | |
| v. } | |
| } | |
| DIANE HOWELL-ROBINSON } | |
| Appellant } | |

**STATEMENT OF THE ISSUE TO BE PRESENTED ON APPEAL TO THE CIRCUIT COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT AND**
**DESIGNATION OF THE RECORD TO BE CERTIFIED AND SENT TO THE CLERK OF THE CIRCUIT COURT**

  COMES NOW Diane Howell-Robinson, the Debtor/Appellant, by and through her attorney, and states the issue to be presented and designates items to be included in the appellate record as follows:

  1. Statement of the issue to be presented on appeal:

  What is the meaning, force and effect of D.C. Code Ann. § 15-501 (a) (11) (D) and may the Debtor exempt a $58,000 personal injury settlement under said Code provision?

  2. Designation of items within the District Court record to be certified and sent to the clerk of the Circuit Court:

  A. The proceedings in the District Court;

  B. The record including:

1

- Notice of Appeal to the Circuit Court of Appeals for the District of Columbia Circuit;
- Order of the District Court dated March 20, 2008 affirming the order of the Bankruptcy Court for the District of Columbia sustaining the trustee's objection to the debtor's exemption that is the subject of this appeal;
- Memorandum Opinion of the District Court dated March 20, 2008;
- Notice of Appeal to the District Court of the Order of the Bankruptcy Court signed June 29, 2005;
- Order of the Bankruptcy Court signed June 29, 2005 sustaining the Trustee's objection to the Debtor 's exemption Debtor's Schedule C of exemptions claimed;
- Trustee's Objection to Debtor's Exemptions dated April 11, 2005;
- Debtor's Response to Trustee' Objection to Debtor's Exemptions dated April 22, 2005 and filed April 25, 2005;
- Transcript of the Bankruptcy Court hearing held on June 14, 2005 at 10:30 A.M. in the instant case on the subject of the Trustee's Objection to Debtor's Exemptions
- Legislative history of D.C. Code Ann. § 15-501 (a) (11) (D);
- Debtor's remaining Chapter 7 Petition, Schedules and Statements;
- Such other items as Appellant may add by Addendum.

C. A certified copy of the docket entries.

.

Dated: April 10, 2008

Respectfully submitted,

/s/ Jay L. Jensen
_____

Jay L. Jensen, FB #419697
Attorney for Appellant/Debtor
4946 Bel Pre Road
Rockville, MD 20853
(301) 871-5078

CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing Statement of the Issue and Designation of the Record were mailed, postage prepaid, first class, this 10th day of April 2008, to:

Darrell W. Clark, Esq.
Stinson Morrison Heckler, LLP
1150 18th Street, N.W.
Suite 800
Washington DC 20036-3816

Office of the U.S. Trustee
Suite 210
115 South Union Street
Alexandria VA 22314

                                         /s/ Jay L. Jensen
                                         _____
                                         Jay L. Jensen