UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE HOWELL-ROBINSON | } | District Court Civil Case No. |
| | } | 05-1660 (RWR) |
| Debtor/Appellant | } | Bankruptcy Case No.: 05-00184 |
| v. | } | |
| MARC E. ALBERT | } | |
| Trustee/Appellee | } | |

**ORDER**
**STAYING JUDGMENT**
**PENDING OUTCOME OF APPEAL**

The Motion by the Debtor/Appellant and the Opposition thereto by the Trustee/Appellee having been considered, it is hereby

**ORDERED** that the judgment in this case be, and hereby is STAYED pending the outcome of the appeal by the Debtor/Appellant.

SIGNED this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE