UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Diane Howell-Robinson,<br><br>   Appellant,<br><br>v.<br><br>Marc E. Albert, Trustee of the<br>Bankruptcy Estate of<br>Diane Howell-Robinson<br><br>   Appellee. | District Court Case No. 05cv-1660 (RWR)<br><br>On Appeal from the U.S. Bankruptcy<br>Court for the District of Columbia<br>Judge S. Martin Teel  Presiding Judge<br>Bankruptcy Case No. 05-00184 |

### ORDER DENYING MOTION TO STAY JUDGMENT
### PENDING OUTCOME OF APPEAL

This matter came before the Court on the Motion to Stay Judgment Pending Outcome of Appeal ("Motion") by Debtor/Appellant Diane Howell-Robinson, and the Opposition thereto filed by Marc E. Albert, the Chapter 7 Trustee/Appellee. Upon consideration of the Motion and Opposition this Court finds that good cause exists to deny the relief requested and upon further consideration finds that it is hereby:

**ORDERED** that the Motion is **DENIED.**

SIGNED this ___ day of _____, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Darrell W. Clark, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, D.C. 20036-3816

Jay L. Jensen, Esq.
4946 Bel Pre Road
Rockville, MD 20853

Office of the United States Trustee
115 So. Union Street
Suite 210
Alexandria, VA 22314