UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DIANE HOWELL-ROBINSON          }          District Court Civil Case No.
                               }              05-1660 (RWR)
        Debtor/Appellant       }          Bankruptcy Case No.: 05-00184
                               }
        v.                     }
                               }
MARC E. ALBERT                 }
                               }
        Trustee/Appellee       }
_____}

**NOTICE CONCERNING
MOTION TO STAY JUDGMENT
PENDING OUTCOME OF APPEAL**

  COMES NOW Diane Howell-Robinson, the debtor/appellant, by and through her
undersigned attorney, Jay L. Jensen, and notifies this Honorable Court that her Motion to
Stay Judgment Pending Outcome of Appeal may be moot and states:

1.  That she filed a the Motion to Stay Judgment Pending Outcome of Appeal on August
4, 2008;

2.  That the parties reached a settlement agreement on Friday, August 22, 2008;

3.  That the settlement agreement requires approval of the U.S. Bankruptcy Court for the
District of Columbia, which approval will be sought on an expedited basis and reported
to this court when received;

4.  That this Court need not further consider the Motion to Stay Judgment Pending
Outcome of Appeal unless the settlement agreement is not approved;

5.  That in the unlikely event that approval is not obtained, a ruling on the Motion to Stay
Judgment will be requested.


  WHEREFORE, the Debtor/Appellant recommends that this Honorable Court not
further consider her Motion to Stay Judgment Pending Outcome of Appeal until the U.
S. Bankruptcy Court rules on the proposed settlement.

Dated: August 24, 2008                     Respectfully submitted,

                                           /s/ Jay L. Jensen
                                           _____
                                           Jay L. Jensen  FB #419697
                                           Attorney for Appellant
                                           4946 Bel Pre Road
                                           Rockville, MD 20853
                                           (301) 871-5078
                                           Counsel for the Debtor

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served electronically this 24th day of August 2008, and will be mailed, postage prepaid, first class, on the 25th of August, 2008 to:

Darrell W. Clark, Esq.                     Office of the U.S. Trustee
Stinson Morrison Heckler, LLP              Suite 210
1150 – 18th Street, N.W.                   115 South Union Street
Suite 800                                  Alexandria VA 22314
Washington DC 20036-3816

                                           /s/ Jay L. Jensen
                                           _____
                                           Jay L. Jensen